1  **KNIGHT LAW GROUP, LLP**
2  Roger Kirnos (SBN 283163)
   *Rogerk@knightlaw.com*
3  Jacob Cutler (SBN 264988)
4  *jacobc@knightlaw.com*
   10250 Constellation Blvd., Suite 2500
5  Los Angeles, CA 90067
6  Telephone: (310) 552-2250
   Fax: (310) 552-7973
7
8  Attorneys for Plaintiff,
   ELIAZAR CABRERA
9

10           **UNITED STATES DISTRICT COURT**
11           **EASTERN DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| **ELIAZAR CABRERA**<br><br>Plaintiff,<br><br>vs.<br><br>**FCA US, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,**<br><br>Defendants. | Case No.: 1:22-cv-00431-KES-BAM<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR COSTS AND EXPENSES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(D)**<br><br>[Filed Concurrently with Memorandum of Points and Authorities in Support Thereof and Declaration of Jacob Cutler in support thereof.]<br><br>Date: December 15, 2025<br>Time: 1:30 p.m.<br>Courtroom: 6, 7th Floor |

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR COSTS AND
EXPENSES PURSUANT TO RULE 54(D)

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **December 15, 2025** at **1:30 p.m.** in Courtroom 6, on the 7th Floor of the United States District Court, Eastern District of California, located at 2500 Tulare Street, Fresno, California 93721, Plaintiff Eliazar Cabrera ("Plaintiff") will and hereby does move this Court, pursuant to Federal Rule of Civil Procedure 54(d), for costs and expenses under the California Civil Code § 1794(d) ("Section 1794(d)") of the Song-Beverly Consumer Warranty Act ("Song-Beverly Act"). Plaintiff moves this Court as the prevailing party pursuant to the Settlement Offer served by Plaintiff and accepted by Defendant FCA USA, LLC ("Defendant" or "FCA") on August 13, 2025.

This Motion is made on the grounds that Section 1794(d) under the Song-Beverly Act, a state substantive law, controls the recovery of expenses in this case. Civil Code section 1794(d) provides for the recovery of costs and expenses beyond the items enumerated in Local Rules. Plaintiff now move this Court for reimbursement of verifiable costs and expenses in the amount of $10,501.85.

This motion is made following a conference of counsel. Specifically, Plaintiff made a demand on August 15, 2025. FCA did not provide any offers in response. As such, the parties are at an impasse and a motion is necessary.

This motion is based upon the memorandum of points and authorities filed concurrently herewith, upon any declaration filed concurrently herewith, upon such evidence, oral and documentary, that may be presented at the hearing, and upon the entire record of the case.

Date: November 3, 2025  **KNIGHT LAW GROUP, LLP**

/s/Jacob Cutler
Jacob Cutler (SBN 264988)
Attorney for Plaintiff

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR COSTS AND EXPENSES PURSUANT TO RULE 54(D)