UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAZAR CABRERA,<br><br>                Plaintiff,<br><br>    v.<br><br>FCA US, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 1:22-cv-00431-KES-BAM<br><br>ORDER GRANTING REQUEST TO EXTEND DISMISSAL DEADLINE<br><br>(Doc. 39) |

     On September 10, 2025, pursuant to Local Rule 160, the Court ordered the parties to file appropriate papers to dismiss or conclude this action in its entirety no later than November 14, 2025. (Doc. 35.) The Court also directed that, if necessary, and for good cause, the parties may request an extension of the time for filing dispositional papers. (*Id.*)

     On November 3, 2025, Plaintiff filed a motion for attorneys' fees and a motion for costs and expenses, which are currently set for hearing on December 15, 2025, before District Judge Kirk E. Sherriff. (Docs. 37, 38.)

     On November 14, 2025, the parties filed a joint status report and request to extend the disposition deadline. (Doc. 39.) The parties explain that they anticipate filing a joint stipulation for dismissal upon the resolution of the motions for attorneys' fees and costs. The parties

1  therefore request that the Court extend the deadline for filing dispositional documents to a date on
2  or after January 5, 2026, to permit resolution of the final pending motions and to allow for
3  payment and receipt of funds.  (*Id.*)
4       Having considered the parties' request, the Court finds it appropriate to continue the
5  deadline for the parties to file dispositional papers.  In the interests of efficiency and economy,
6  and for cause appearing, the parties shall file appropriate papers to dismiss or conclude this action
7  in its entirety within **thirty (30) days** following final resolution of Plaintiff's motion for
8  attorneys' fees (Doc. 37) and Plaintiff's motion for costs and expenses (Doc. 38).  No further
9  extensions of time will be granted absent a demonstrated showing of good cause.  The failure to
10 comply with this order may be ground for the imposition of sanctions on counsel or parties who
11 contributed to violation of this order.  *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated:   **November 18, 2025**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

2