**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIAZAR CABRERA, | Case No. 1:22-cv-0431 KES FRS |
| Plaintiff, | ORDER GRANTING THE PARTIES' JOINT REQUEST TO EXTEND THE DISMISSAL DEADLINE |
| v. | |
| FCA US LLC, et al., | ORDER DIRECTING THE PARTIES TO FILE DISPOSITIONAL DOCUMENTS NO LATER THAN MARCH 27, 2026 |
| Defendants. | |

Eliazar Cabrera and FCA US LLC previously settled this action. On January 26, 2026, the court issued an order awarding Cabrera attorneys' fees and costs and directing the parties to file a dismissal of this action within 30 days. Doc. 44. The parties report that "the payment has not yet been executed but is currently expected to be made by March 13, 2026." Doc. 46 at 2. The parties report they "will stipulate for dismissal of the entire action, as routinely done, upon the completion of that final transaction through the normal banking / financial cycles, ordinarily within ten days or so from receipt of payments." *Id.* The parties request that the court continue the deadline for the parties to file dispositional documents. *Id.*

Based upon the information provided and good cause appearing, the court **ORDERS**:

1. The parties' joint request to continue the filing deadline is **GRANTED**.

2. The parties **SHALL** file the dispositional documents **no later than March 27, 2026**.

///

1

**The parties are advised that no further extension of time to file the dispositional documents will be granted absent a showing of exceptionally good cause.**

IT IS SO ORDERED.

Dated:    February 25, 2026

_____
UNITED STATES DISTRICT JUDGE